## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

**In re:**

| | | |
|---|---|---|
| **LEVEL III TRADING PARTNERS, LP** | * | |
| **Debtors** | * | |
| -------------------------------------------------- | * | |
| **PATRICK C. COTTER, in his capacity** | * | **CHAPTER 11** |
| as Trustee of the Level III Trading | * | **CASE NO.: 13-12120** |
| Partners, LP Litigation Trust | * | |
| **Plaintiff** | * | |
| | * | |
| **VERSUS** | * | |
| | * | |
| **ROBERT B. McMANUS** | * | |
| **Defendant** | * | **Case No. 15-01148 F(4)** |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS COMPLAINT

Robert McManus, ("McManus"), the defendant herein, through its undersigned counsel submits this Motion to Dismiss the complaint pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP") respectively incorporated by reference in Rules 7009 and 7012 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

Rule 7012 (b) of the Federal Rules of Bankruptcy Procedure provides that Rule 12(b)(6) of the Federal Rules of Civil Procedure apply in adversary proceedings. Rule 12(b)(6) allows dismissal if a plaintiff fails to state a claim upon which relief can be granted. Fed. R. Civ. P. 12 (b)(6).

To withstand a Rule 12(b)(6) motion, a complaint must contain "enough facts to state a claim to relief that is plausible on its face." *Bell Atlantic Corp. Twombly*, 550 U.S. 544, 570 (2007).

F.R.C.P. 9(b), incorporated in Bankruptcy Rule 7009, sets forth a heightened pleading standard for allegations of fraud and provides that "[i]n all averments of fraud or mistake, the circumstances

1

constituting fraud or mistake shall be stated with particularity." A plaintiff "must allege facts that give rise to a strong inference of fraudulent intent." *Acito v. IMCERA Group, Inc*., 47 F.3d 47, 52 (2d Cir. 1995).

Even accepted as true, both Counts fail as a matter of law and/or are prescribed under Louisiana law as set forth in the attached Memorandum of Support.

Respectfully submitted,

____/s/ Jessica Vasquez_____
**VASQUEZ LAW OFFICE**
**JESSICA VASQUEZ (Bar No. 27124)**
650 Poydras Street, Ste. 1414
New Orleans, Louisiana 70130
Telephone: (504) 571-9582
Facsimile: (504) 684-1449
Email: jvasquez@vasquezlawoffice.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been duly served upon all counsel of record via ECF system, this _28th__ day of May, 2015.

____/s/ Jessica Vasquez_____
Jessica M. Vasquez

2