## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

**In re:**

| | | |
|---|---|---|
| **LEVEL III TRADING PARTNERS, LP** | * | |
| **Debtors** | * | |
| -------------------------------------------------- | * | |
| **PATRICK C. COTTER, in his capacity** | * | **CHAPTER 11** |
| as Trustee of the Level III Trading | * | **CASE NO.: 13-12120** |
| Partners, LP Litigation Trust | * | |
| **Plaintiff** | * | |
| | * | |
| **VERSUS** | * | |
| | * | |
| **ROBERT B. McMANUS** | * | |
| **Defendant** | * | Case No. 15-01148 F(4) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the Motion to Dismiss filed by Defendant, Robert B. McManus

IT IS HEREBY ORDERED AND ADJUDGED that the Motion to Dismiss filed is hereby GRANTED.

New Orleans, Louisiana this _____ day of _____, 2015

_____
United States District Court Judge

1