## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

**In re:**

| | | |
|---|---|---|
| **LEVEL III TRADING PARTNERS, LP** | * | |
| **Debtors** | * | |
| -------------------------------------------- | * | |
| **PATRICK C. COTTER, in his capacity** | * | **CHAPTER 11** |
| as Trustee of the Level III Trading | * | **CASE NO.: 13-12120** |
| Partners, LP Litigation Trust | * | |
| **Plaintiff** | * | **Judge Elizabeth W. Magner** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **ROBERT B. McMANUS** | * | |
| **Defendant** | * | **Case No. 15-01037** |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF HEARING AND CERTIFICATE OF SERVICE

YOU ARE HEREBY NOTIFIED that on the **24th of August, 2015 at 2p.m.** before Honorable Judge Elizabeth W. Magner, U.S. Bankruptcy Judge, in the United State Bankruptcy Courthouse, Eastern District of Louisiana located at 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana there will be a hearing regarding of **Robert McManus' Motion to Dismiss Adversary Proceedings.**

Dated:    June 4, 2015

                                                        Respectfully submitted,

                                                        ___/s/ Jessica Vasquez_____
                                                       **VASQUEZ LAW OFFICE**
                                                        **JESSICA VASQUEZ (Bar No. 27124)**
                                                        650 Poydras Street, Ste. 1414
                                                        New Orleans, Louisiana  70130
                                                        Telephone:  (504) 571-9582
                                                        Facsimile:  (504) 684-1449
                                                       Email: jvasquez@vasquezlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Hearing was served on June 4, 2015 through ECF system with this court to Patrick C. Cotter through his counsel, Patrick Garrity.

                                               /s/ Jessica Vasquez
                                         **JESSICA VASQUEZ (Bar No. 27124)**