**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

**In re:**

| | | |
|---|---|---|
| **LEVEL III TRADING PARTNERS, LP** * | | |
|        **Debtors** * | | |
| -------------------------------------------------- * | | |
| **PATRICK C. COTTER, in his capacity** * | **CHAPTER 11** | |
| as Trustee of the Level III Trading * | **CASE NO.:  13-12120** | |
| Partners, LP Litigation Trust * | | |
|        **Plaintiff** * | **Judge Elizabeth W. Magner** | |
| * | | |
| **VERSUS** * | | |
| * | | |
| **ROBERT B. McMANUS** * | | |
|        **Defendant** * | **Case No. 15-01037** | |
| * | | |
| * | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**REVISED NOTICE OF HEARING AND CERTIFICATE OF SERVICE**

YOU ARE HEREBY NOTIFIED that on the **25th of August, 2015 at 2p.m.** before Honorable Judge Elizabeth W. Magner, U.S. Bankruptcy Judge, in the United State Bankruptcy Courthouse, Eastern District of Louisiana located at 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana there will be a hearing regarding of **Robert McManus' Motion to Dismiss Adversary Proceedings.**

Dated:          June 8, 2015

                                                                                              Respectfully submitted,

                                                        ___/s/ Jessica Vasquez_____
                                                        **VASQUEZ LAW OFFICE**
                                                        **JESSICA VASQUEZ (Bar No. 27124)**
                                                         650 Poydras Street, Ste. 1414
                                                        New Orleans, Louisiana  70130
                                                        Telephone:  (504) 571-9582
                                                        Facsimile:  (504) 684-1449
                                                       Email: jvasquez@vasquezlawoffice.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Hearing was served on June 8, 2015 through ECF system with this court to Patrick C. Cotter through his counsel, Patrick Garrity.

          /s/ Jessica Vasquez_____
**JESSICA VASQUEZ (Bar No. 27124)**