## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

**In re:**

| | | |
|---|---|---|
| **LEVEL III TADING PARTNERS, LP,** | * | |
| Debtor. | * | |
| ------------------------------------------------------------- | * | |
| **PATRICK C. COTTER, in his capacity** | * | **CHAPTER 11** |
| **As Trustee of the Level III Trading** | * | **CASE NO. 13-12120** |
| **Partners, LP Litigation Trust,** | * | |
| Plaintiff, | * | |
| | * | **ADVERSARY CASE** |
| **VERSUS** | * | **NO. 15-01037 A** |
| | * | |
| **ROBERT B. MCMANUS** | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On the 25th day of August, 2015, the Motion to Dismiss filed by Defendant Robert B. McManus came on for hearing before this Honorable Court.

Present at the hearing:

Patrick S. Garrity, counsel for Plaintiff Patrick C. Cotter, in his capacity as Trustee of the Level III Trading Partners, LP Litigation Trust; and

Jessica Vasquez, counsel for Defendant Robert B. McManus

Having considered the merits of the pleadings, the law, and the arguments of counsel;

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendant Robert B. McManus is **GRANTED IN PART** and **DENIED IN PART**.  The Motion to Dismiss is **GRANTED** as to the First Claim for Relief in the Complaint for Avoidance of Transfers under Louisiana revocatory law, which is hereby **DISMISSED**, and **DENIED** as to the Second Claim for Relief in the Complaint for Avoidance of Transfers under the Alabama Uniform Fraudulent Transfer Act.

**IT IS FURTHER ORDERED** that movant shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, September 10, 2015.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge